IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00263-RJC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| BRYAN ANTHONY SANDERS | ) |
| | ) |

**THIS MATTER** is before the Court upon motion of the defendant for release from custody to attend his father's funeral on Sunday, March 1, 2015. (Doc. No. 300).

Title 18, United States Code § 3142(i) permits the temporary release of a defendant, in the custody of a United States marshal, for a compelling reason. Here, the motion states that counsel did not seek the government's position on the defendant's request. The defendant has not shown that the U.S. Marshals Service is able to accommodate the defendant's request to have him released from the facility where he is detained, transport him to and from the funeral, and provide security during his temporary release. Additionally, the Court finds that the defendant's criminal history shows that he presents a serious risk of danger to the community if released. (Doc. No. 253: Presentence Report at 14-19).

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: February 27, 2015

Robert J. Conrad, Jr.
United States District Judge